IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 JUL -6 A 11: 10

WALTER Jamar AVERY
_____
Full name and prison number
of plaintiff(s)

v.

Lee County Detention
Facility
Lee County Justice Center
Judge J. Walker III, Sheriff
J. Jones, Major C. Torbert
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:05cv631-F
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit:

          Plaintiff(s) _____

          _____

          Defendant(s) _____

          _____

       2. Court (if federal court, name the district; if state court, name the county) _____

          _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  LEE CO. Detention Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  LEE Co. Detention Facility - Lee County Justice Center.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS | |
|---|------|---------|---|
| 1. | LEE CO. Detention Facility | 2300 Gateway DR. | Op. AL. 36801 |
| 2. | Judge Jacob WALKER III | 2311 Gateway DR | Op. AL. 36801 |
| 3. | Major C. Torbert | 2311 Gateway DR | Op. AL 36801 |
| 4. | Sherroff Jay Jones | 2311 Gateway DR | Op. AL 36801 |
| 5. | | | |
| 6. | | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  JUNE 5th 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I went to court on Oct. 26, 2004 after being Confined on June 5, 2004. 144 Days Jail Credit was given on Oct 26th 2004, which is said to be taken away months later without any notification; or justification,

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

In Court on ~~June~~ Oct. 26 2004, I excepted plea bargain due to I recieve my Jail credit from June 5th 2004 to Oct. 26th 2004, my State Appointed lawyer Atty (Phil Thompson) Request the Jail credit in Court and the Judge Jacob Walker III Granted the Jail credit from June 5th 2004 to Oct. 26. 2004

**GROUND TWO:** on my transcript from Court on Oct 26, 2004 says my Jail credit was granted for 144 days.

**SUPPORTING FACTS:** Mrs. Husby (Jailer) carried me from the Jail to the booking office, showed me in my file where the Jail credit was granted on Oct. 26, 2004 but on my Committel slip it read — 12 mos - 144 ~~days Jail credit~~ TAKE off per Janice (Judge J Walker III) Secretary

Mrs. Husby said it meant take the 144 days from the 12 mos.

**GROUND THREE:** I had a have Court Document saying I'm to go to Court on June 9th to see the Judge who sentenced me on Case # CC04-1000

**SUPPORTING FACTS:** I was not called to Court on June 9th 2004. I believe because I was not released after my original EOS Date. And the Jail did not want me to Confront the Judge after one of the Jailers changed my Comittel slip, because no officer inside of the chain of command would not look into the Situation. Considering I've written my lawyer (Phil Thompson) 3 letters to let him know about the situation but has no responding letter or meeting - I've written the Circuit Clerk, they have not Responded after 3 letters - I've written the Judge, have gotten No Response. I don't know why I'm in Jail except the Jailers say my Jail credit was taken away after recieving it in Court. I was not Called back to Court in order to be notified on the changes in my Sentence. I Also have letter from lawyer (Atty Philip Thompson) Saying I would Recieve all time spent in Jail toward my Sentence. Recieve in June 2004.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would Like for the Court to Look into this Situation and let me know why I'm Still incarcerated or help me Streighten out the misunderstanding. I want my jail credit returned. And the Time after June 5th 2005 Credited toward my Restitutions and Fines. ($100.00 per DAY after JUNE 5th 2005)

_Walter James Avery_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  6-29-05  2004 .
              (Date)

_Walter Avery_
Signature of plaintiff(s)

4