A List of People in Side of the
Chain of command at the Lee Co. Detention
facility and Sheriffs Department. I Have
Notified in the matter of my Jail
credit being taken away.
The Jail credit was not Denied in Court
It was taken away months after it was
given. The Jail credit is on transcript. I
did not make bond on the case I'm having
my Jail credit taken away from, Case # CC04-1000

Lee County Detention facility
- Corporal Hill - Verbal Said Judge took it (Jail credit)
- Corporal Cawhick - Verbal said hed look into it - No Respond
- Corporal Lyles - Says major torbert decided that I should Not Recieve the Jail credit.
- Corporal Wiltsie - Verbel Said hed look into it - No Respond
- SGT TABB - Verbal Said Judge took it (Jail credit)
- SGT Thriet - Verbal Said Judge took it (Jail credit)
- SGT Per Quett - Verbel Said Judge took it (Jail credit)
- Officer tucker - Verbal Said Judge took it (Jail credit)
- Officer Ausby - Verbel Showed me where it is on transcript. (Jail credit)
- Officer Wheeler - Verbel - Said the Judge took it (Jail credit)
- Officer Greggs - Verbel No Respond -

Lee County Sheriffs Department
- Circuit Clerk - Corinne T. Hurst Room 104    Several Letters No Respond
- Office of Jacob walker III (Judge) - No Respond    Several letters
- SGT Butler - No Respond
- Phillip Thompson (Lawyer) - Several letters No Respond

- Jax Jones. Letter No Respond. I Asked to Verberly meet with Jey Jones or major Torbert but recieved No Response from either cheif officer or even the LT. Welch.