05CV631

8-2-05

RECEIVED
2005 AUG -2  A 10:57
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

This is Walter Avery, I'm writing to inform you that I filed 1983 form on June 30th for being held past my End of Sentence date. On July 8th Lee Co. Released me on the charge for which I was held 34 days longer than I was supposed to. Lee Co told me that my mail would be forwarded to my address but I Never recieved any mail from the courts of montgomery. Then on the 22nd I was arrested for fines from 1996. Lee Co. told me that my mail had been returned to Sender. I don't know if I could recieve mail that was returned or do I have to fill out 1983 form again. if so would you please send another copy or continue process from June 30th. I was suppose to have been held on June 4th for these fines which is Another issue.

Walter Avery

Walter Bailey
P.O 2407
Opelika, AL 36801

District Court, Montgomery
Circuit Clerk
PO Box 711
Montgomery, AL
36130
36101

1+0711-11 B007