**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   C. Torbert, Major
   Lee County Detention Center
   P. O. Box 2407
   Opelika, AL 36801-2407

   (Cmp+Order) 40 days 05cv631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M Kenney_
☐ Agent
☐ Addressee

B. Received by (Printed Name): M J Kenney
C. Date of Delivery: AUG 9 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 2792

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jay Jones, Sheriff
   Lee County Detention Center
   P. O. Box 2407
   Opelika, AL 36801-2407

   05cv631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M Kenney_
☐ Agent
☐ Addressee

B. Received by (Printed Name): M J Kenney
C. Date of Delivery: AUG 9 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 2785

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540