# #3:05-cv-0631-MEF-CSC

# DOCUMENT #9

# OBJECTION TO
# REPORT AND RECOMMENDATION
# IS
# STRICKEN FROM THE RECORD
# DUE TO CLERICAL ERROR.

# (DOCUMENT #9 IS A RESPONSE
# NOT AN OBJECTION)