**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 16, 2005

# NOTICE OF CORRECTION

**From:**            Clerk's Office

**Case Style:**      Walter Jamar Avery v. Lee County Detention Facility, et al.

**Case Number:**     #3:05-cv-00631-MEF-CSC

**Referenced Pleading:**   Document #9
                            Objection to Report and Recommendation

**The referenced pleading filed on 8/16/2005 is a Response to the Report and Recommendation, not an Objection as originally docketed. This pleading was docketed using an incorrect docketing event.**

**Therefore, Document #9 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**