RECEIVED 2005 AUG 16 [illegible stamp]

Civil Action No. 3:05-CV-631-F
(WD)
Recommendations of the Magistrate Judge  8-8-05

This is Walter James Avery AIS #184038. I recieved documents from the United States district courts concerning complaint that I filed on June 30th 2005 for being held past my EOS date. After recieving the documents I would like to agree with the Recommendation of the magistrate Judge. That the complaint against Lee County detention facility, the Lee county Justice center and the Honorable Jacob Walker III be dismissed due to the fact that I was shown my transcript from the Honorable Judge Walker III courtroom on Oct. 26, 2004. Original court data which stated that I did recieve jail credit and was to be released on June 5th 2005. However after filing 1983 form I was told that major torbert made a decision that I not be released on my EOS date. I would like to persue civilsuit on sheriff Jay Jones and major C. torbert. I was aware of the fact that I had a hold on me in Auburn for fines. After being held 34 days more than sentence handed down by Judge

I was released with the hold only to be picked back up 14 days later. If I had been released on my original ~~date~~ E.O.S date I would have 63 days toward my fines. instead I was released to get a job only to have it taken away.

I Walter Jamar Avery Request that this case with respect to the remaining defendants (Sheriff Jay Jones - Nicole C toolet) be referred back to the magistrate Judge for additional proceedings    8-12-05

*Walter J. Avery*

3:05CV631

WALTER AVERY
BOX 2407
ELMORE AL 36025

Office of Clerk
United States District Court
PO Box 711
Montgomery, ALABAMA 36101-0711