## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **WALTER JAMAR AVERY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No.  3:05-cv-631-MEF-CSC** |
| | ) |
| **LEE COUNTY DETENTION** | ) |
| **FACILITY, et al.** | ) |
| | ) |
| **Defendants.** | ) |

### AFFIDAVIT OF JAY JONES

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared JAY JONES, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Jay Jones.  I am over the age of nineteen and competent to execute this affidavit.  I am the duly elected Sheriff of Lee County, Alabama.  I have served in such capacity since 1999.

2.      I am not personally familiar with any of the allegations made the basis of the Plaintiff's Complaint as I have never received any requests, written or verbal, from him concerning any of these allegations nor have I received any grievance from him concerning any of the allegations made in his Complaint.

3.    I swear, to the best of my present knowledge, information, and belief, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

JAY JONES

**SWORN TO** and **SUBSCRIBED** before me this ___ day of October, 2005.

NOTARY PUBLIC          MY COMMISSION EXPIRES FEB. 10, 2007
My Commission Expires:_____