

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
LEE COUNTY FORM CC-30

**COMMITTAL TO CUSTODY**

CASE NUMBER: CC 04 1000

IN THE Circuit COURT OF
LEE COUNTY, ALABAMA

CASE NO. CC-04-1000

State, PLAINTIFF,

VS.

Walter T. Avery, DEFENDANT.

The defendant, Walter T. Avery, is committed to the custody of the Sheriff of Lee County, Alabama for: twenty four (24) months in County Jail to serve one year to Attempt Sexual Abuse 1 — MNMys You Ght take off per Janice

Defendant's bond is hereby set at $ _____

DONE this the 26 day of Oct, 2004.

_____ JUDGE