The case was reduced from Rape to Sexual Abuse I. Because of the seriousness of the offense Judge wanted him to serve all the time.

Sgt Battle