IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WALTER JAMAR AVERY, #184038, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-631-F |
| | ) |
| JAY JONES, Sheriff, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on November 14, 2005 (Doc. #19), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for plaintiff's failure to prosecute this action properly and to comply with the orders of this court.

DONE this 16th day of December, 2005.

                                                /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE