IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

WALTER JAMAR AVERY, #184038,       )
                                   )
        Plaintiff,                 )
v.                                 )      CASE NO. 3:05-cv-631-F
                                   )
JAY JONES, Sheriff, *et al.,*      )
                                   )
        Defendants.                )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and

against the plaintiff and that this action is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of December, 2005.


                        _____
                              /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE